UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE M&M CALDWELL 2007 FAMILY TRUST, et al.,

Plaintiffs,

v.

SCHOOLS FIRST FEDERAL CREDIT UNION,

Defendant.

No. 2:26–cv–02124–TLN-SCR

FINDINGS AND RECOMMENDATIONS

Plaintiffs Michael Caldwell and Marthea Caldwell ("Plaintiffs")[1] are proceeding pro se. This action is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1) for pretrial proceedings. Plaintiffs filed separate motions to proceed in forma pauperis ("IFP"). ECF Nos. 2 & 3. On August 21, 2026, the Court denied Plaintiffs' motions to proceed IFP. ECF No. 10. The Plaintiffs were instructed that if they wanted the action to proceed, they must pay the filing fee within 21 days. *Id*. at 6. Plaintiffs were further cautioned that if they did not pay the filing fee, the Court would recommend dismissal of the action. *Id*. The filing fee was due by September 11, 2026. Plaintiffs have not paid the fee.

The Court previously pointed out deficiencies with the motions to proceed IFP and allowed the parties to supplement. ECF No. 4. The Court then explained in detail why the

[1] The original complaint also named as a Plaintiff the M&M Caldwell 2007 Family Trust (the "Trust"), but the Trust is no longer a Plaintiff in the First Amended Complaint (ECF No. 8).

motions to proceed IFP were being denied, including that Plaintiffs had recently reported assets with a value of $1.64 million and that their monthly income exceeded expenses. ECF No. 10 at 2-3. On that basis, the Court denied the motions.

As Plaintiffs have not paid the filing fee or been granted leave to proceed IFP, Plaintiffs' action may not proceed. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999) ("An action may proceed despite failure to pay the filing fees only if the party is granted IFP status.").

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. This action be dismissed without prejudice; and
2. The Clerk be directed to enter Judgment and close this case.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 29, 2026



SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE